UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JTH TAX, LLC d/b/a LIBERTY TAX SERVICE,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS E. FARIAS, KELLY FARIAS, DANIEL BASTOS, and WINDHAM ACCOUNTING GROUP, LLC a/k/a DDS TAX SERVICE<br><br>    Defendants. | Civil Action No: _____ |

## DECLARATION DIANE COBUZZI

I, Diane Cobuzzi, being duly sworn, depose and state as follows:

1. I submit this Declaration in support of Plaintiff JTH Tax LLC d/b/a Liberty's ("Liberty") Motion for Preliminary Injunction in the above-captioned case.

2. The statements contained in this Declaration are based upon my personal knowledge.

3. I am a Private Investigator for MTS Investigations, which is located at 738 Main Street, Suite 402, Waltham, MA 02451.

4. I have been a Private Investigator in Massachusetts since 2010.

5. On February 3, 2026, Liberty engaged Kelmar Global who engaged MTS to investigate Windham Accounting Group, LLC ("Windham Accounting").

6. I called the telephone number listed on the website for Windham Accounting in an attempt to schedule an appointment at the Windham Accounting office located at 410 Amherst Street, Nashua, NH (the "Windham Accounting Nashua Location"), but there was no answer.

7. Thereafter, I called the 36F Walnut Street, Peabody, MA office (the "Peabody Location") at 978-531-0200 and spoke with an employee named "Josianna."

8. Josianna stated that the Windham Accounting Nashua Location was currently closed because there is no one there to work at that location, and everyone works from the Peabody Location.

9. Josianna stated that the company will reopen the Windham Accounting Nashua Location in July.

10. Josianna then informed me that the company prepared taxes out of the Windham Accounting Nashua Location last year.

11. The next day on February 4, 2026, a woman named "Kelly" called me.

12. "Kelly" stated that the Nashua, NH office opened last year and that they were preparing taxes, but that they were taking only a limited number of appointments because most of their work was being done out of the Peabody Location.

13. "Kelly" further stated that they are doing taxes this year in both Peabody and Nashua, but the majority of their work is still being done out of the Peabody Location.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2026.

Diane Cobuzzi