UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JTH TAX, LLC d/b/a LIBERTY TAX SERVICE,<br><br>        **Plaintiff,**<br>   v.<br><br>CARLOS E. FARIAS, KELLY FARIAS, DANIEL BASTOS, and WINDHAM ACCOUNTING GROUP, LLC a/k/a DDS TAX SERVICE<br><br>        **Defendants.** | Civil Action No: _____ |

## **DECLARATION OF LINDA POEHLER**

I, Linda Poehler, being duly sworn, depose and state as follows:

1. I submit this Declaration in support of Plaintiff JTH Tax LLC d/b/a Liberty's ("Liberty") Motion for Preliminary Injunction in the above-captioned case.

2. The statements contained in this Declaration are based upon my personal knowledge.

3. I am the owner and operator of a Liberty franchise office located at 7 Traders Way, Salem, MA 01970.

4. I have been a tax preparer for Liberty since January 2011.

5. My Liberty office is approximately 1.65 miles from Carlos Farias's former Liberty franchise office, which was located at 36F Walnut Street, Peabody, MA (the "Peabody Location").

6. I have personal knowledge of the Peabody Location and I have visited the office on one occasion.

7. After Liberty learned that Carlos Farias was no longer operating as a Liberty

franchisee at the Peabody Location, any customers of the Peabody Location who called Liberty's main telephone number were forwarded to my Liberty office in Salem, MA.

8.      On the morning of February 2, 2026, my Liberty office received a telephone call from a customer who wanted to verify his tax preparation appointment that day for 12:00 PM. I informed the customer that I did not have an appointment for the customer in my calendar. The customer stated that he had just spoken with "Carlos" and that he would "just go to see Carlos" at 12:00 PM.

9.      On the afternoon of February 2, 2026, a customer walked into my Liberty office for a 3:00 PM appointment. When I informed the customer that this was not the Peabody Location, the customer proceeded to call the Peabody Location directly and speak with someone at the Peabody Location. Thereafter, the customer left my office and said that he was going to the Peabody Location.

10.     On February 5, 2026, Kelly Farias called me and asked me to tell Liberty customers that her tax preparation office had not closed but had changed names.

11.     On February 12, 2026, a customer called my office after having her taxes prepared that day at the Peabody Location. After her appointment at the Peabody Location, the customer attempted to call the Peabody Location via Liberty's main telephone number, and the call was forwarded to my office. The customer had a question concerning her tax return and asked if we could look up her information, assuming her information would be in Liberty's computer system. We determined that she had visited the Peabody Location, but when she was told that the Peabody Location was no longer a Liberty office and we did not have access to her tax return, the customer stated that this was strange because the paperwork she received from Peabody Location contained Liberty's name/logo. The customer was

2

unaware that the Peabody Location was no longer affiliated with Liberty.

12. Based on my fifteen years of experience as a Liberty tax preparer and as a Liberty franchise owner, 1,391 logins into Liberty's Fusion system is an extremely high number for the period between October 29, 2025 and January 29, 2026 because the months of October, November and December are in the off season for tax preparation. This number of logins would be particularly high if the franchisee filed only a few tax returns in Liberty's system once the tax season began in January 2026.

*[The remainder of the page is intentionally left blank]*

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this ___13.00___ day of February, 2026.

*Linda Poehler*
6787853FB1B4486...
LINDA POEHLER

4